**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1497**

XIAN FENG ZHANG,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  November 14, 2014    Decided:  December 19, 2014

Before SHEDD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Chunyu Jean Wang, WANG LAW OFFICE, PLLC, Flushing, New York, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Paul Fiorino, Senior Litigation Counsel, Erik R. Quick, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xian Feng Zhang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her requests for asylum, withholding of removal, and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Zhang's merits hearing, her supporting statement, and her additional evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the adverse credibility finding. See Tewabe v. Gonzales, 446 F.3d 533, 538 (4th Cir. 2006). We further conclude that a review of Zhang's independent corroborating evidence does not compel a different result.

Accordingly, we deny the petition for review for the reasons stated by the Board. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2